

**TH MAGNESIUM INC.**
56 Inverness Drive East, Suite 260
Englewood, Colorado 80112
Office: 303.552.5815
Fax: 888.594.1289
info@thmagnesium.com
thmagnesium.com

# Invoice

| Date | Invoice # |
|---|---|
| 5/23/2013 | 162-SR1257 |

| Bill To | Ship To |
|---|---|
| Forzza Corporation<br>2605 Crane Ave.<br>Ashtabula, OH 44004<br>USA | ALLPASS Corp.<br>2605 Crane Ave<br>Ashtabula, OH 44004<br>USA<br>Attn: |

| S.O. No. | P.O. No. | Terms | Project |
|---|---|---|---|
| SR1257 | 10085-Rev | Net 30 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | U/M | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| FAM-AZ31... | FABRICATED ANODE; MACHINED & CAPPED; AZ31 ALLOY; 0.840 in dia with Stainless Steel thimble staked and weld; 35-in long including cap. 2 labels each box. Cust P/N 85500-05 | 9,000 | 0 | 0 | 9,000 | PC | 2.90 | 26,100.00 |
| FAM-AZ31... | FABRICATED ANODE; MACHINED & CAPPED; AZ31 ALLOY; 0.840 in dia with Stainless Steel thimble staked and weld; 40-in long including cap. 2 labels each box. Cust P/N 85500-06. | 20,000 | 0 | 0 | 20,000 | PC | 3.4326 | 68,652.00 |

| | |
|---|---|
| **Total** | USD 94,752.00 |
| **Payments/Credits** | USD 0.00 |
| **Balance Due** | USD 94,752.00 |

# Invoice

**TH MAGNESIUM INC.**
56 Inverness Drive East, Suite 260
Englewood, Colorado 80112
Office: 303.552.5815
Fax: 888.594.1289
info@thmagnesium.com
thmagnesium.com

| Date | Invoice # |
|---|---|
| 6/27/2013 | 169-SR1286 |

| Bill To | Ship To |
|---|---|
| Forzza Corporation<br>2605 Crane Ave.<br>Ashtabula, OH 44004<br>USA | ALLPASS Corp.<br>2605 Crane Ave<br>Ashtabula, OH 44004<br>USA<br>Attn: |

| S.O. No. | P.O. No. | Terms | Project |
|---|---|---|---|
| SR1286 | 10126 | Net 30 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | U/M | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| FAM-AZ31... | FABRICATED ANODE; MACHINED & CAPPED; AZ31 ALLOY; 0.840 in dia with Stainless Steel thimble staked and weld; 40-in long including cap. 2 labels each box. Cust P/N 85500-06. | 19,000 | 0 | 0 | 19,000 | PC | 3.4326 | 65,219.40 |
| FAM-AZ31... | FABRICATED ANODE; MACHINED & CAPPED; AZ31 ALLOY; 0.840 in dia with Stainless Steel thimble staked and weld; 43.5-in long including cap. 2 labels each box. Cust P/N 85500-07. | 9,000 | 0 | 0 | 9,000 | PC | 3.7096 | 33,386.40 |
| | SPECIAL PRODUCTION INSTRUCTIONS: Anodes MUST meet min. 53% efficiency to ASTM G97 | | | | | | | 0.00 |

| | |
|---|---|
| **Total** | USD 98,605.80 |
| **Payments/Credits** | USD 0.00 |
| **Balance Due** | USD 98,605.80 |

# Invoice

**TH MAGNESIUM INC.**
56 Inverness Drive East, Suite 260
Englewood, Colorado 80112
Office: 303.552.5815
Fax: 888.594.1289
info@thmagnesium.com
thmagnesium.com

| Date | Invoice # |
|---|---|
| 6/27/2013 | 170-SR1287 |

**Bill To**
Forzza Corporation
2605 Crane Ave.
Ashtabula, OH 44004
USA

**Ship To**
ALLPASS Corp.
2605 Crane Ave
Ashtabula, OH 44004
USA
Attn:

| S.O. No. | P.O. No. | Terms | Project |
|---|---|---|---|
| SR1287 | 10128 | Net 30 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | U/M | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| FAM-AZ31... | FABRICATED ANODE; MACHINED & CAPPED; AZ31 ALLOY; 0.840 in dia with Stainless Steel thimble staked and weld; 17.5-in long including cap. 2 labels each box with the Cust P/N 85500-09. | 1,000 | 0 | 0 | 1,000 | PC | 1.652 | 1,652.00 |
| FAM-AZ31... | FABRICATED ANODE; MACHINED & CAPPED; AZ31 ALLOY; 0.840 in dia with Stainless Steel thimble staked and weld; 35-in long including cap. 2 labels each box. Cust P/N 85500-05. | 23,000 | 0 | 0 | 23,000 | PC | 2.9502 | 67,854.60 |
| FAM-AZ31... | FABRICATED ANODE; MACHINED & CAPPED; AZ31 ALLOY; 0.840 in dia with Stainless Steel thimble staked and weld; 40-in long including cap. 2 labels each box. Cust P/N 85500-06. | 5,000 | 0 | 0 | 5,000 | PC | 3.4326 | 17,163.00 |
| FAM-AZ31... | FABRICATED ANODE; MACHINED & CAPPED; AZ31 ALLOY; 0.840 in dia with Stainless Steel thimble staked and weld; 47-in long including cap. 2 labels each box. Cust P/N 85500-08. | 3,000 | 0 | 0 | 3,000 | PC | 3.9866 | 11,959.80 |
| | SPECIAL PRODUCTION INSTRUCTIONS: Anodes MUST meet min. 53% efficiency to ASTM G97 | | | | | | | 0.00 |

**Total** USD 98,629.40

**Payments/Credits** USD 0.00

**Balance Due** USD 98,629.40

# Invoice

**TH MAGNESIUM INC.**
56 Inverness Drive East, Suite 260
Englewood, Colorado 80112
Office: 303.552.5815
Fax: 888.594.1289
info@thmagnesium.com
thmagnesium.com

| Date | Invoice # |
|---|---|
| 8/5/2013 | 179-SR1288 |

| Bill To | Ship To |
|---|---|
| Forzza Corporation<br>2605 Crane Ave.<br>Ashtabula, OH  44004<br>USA | ALLPASS Corp.<br>2605 Crane Ave<br>Ashtabula, OH  44004<br>USA<br>Attn: |

| S.O. No. | P.O. No. | Terms | Project |
|---|---|---|---|
| SR1288 | 10131 | Net 30 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | U/M | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| FAM-AZ31... | FABRICATED ANODE; MACHINED & CAPPED; AZ31 ALLOY; 0.840 in dia with Stainless Steel thimble staked and weld; 17.5-in long including cap. 2 labels each box with the Cust P/N 85500-09. | 1,000 | 0 | 0 | 1,000 | PC | 1.652 | 1,652.00 |
| FAM-AZ31... | FABRICATED ANODE; MACHINED & CAPPED; AZ31 ALLOY; 0.840 in dia with Stainless Steel thimble staked and weld; 40-in long including cap. 2 labels each box. Cust P/N 85500-06. | 25,000 | 0 | 0 | 25,000 | PC | 3.4326 | 85,815.00 |
| FAM-AZ31... | FABRICATED ANODE; MACHINED & CAPPED; AZ31 ALLOY; 0.840 in dia with Stainless Steel thimble staked and weld; 43.5-in long including cap. 2 labels each box. Cust P/N 85500-07. | 2,000 | 0 | 0 | 2,000 | PC | 3.7096 | 7,419.20 |
| FAM-AZ31... | FABRICATED ANODE; MACHINED & CAPPED; AZ31 ALLOY; 0.840 in dia with Stainless Steel thimble staked and weld; 47-in long including cap. 2 labels each box. Cust P/N 85500-08. | 1,000 | 0 | 0 | 1,000 | PC | 3.9866 | 3,986.60 |
| | SPECIAL PRODUCTION INSTRUCTIONS: Anodes MUST meet min. 53% efficency to ASTM G97 | | | | | | | 0.00 |

| | |
|---|---|
| **Total** | USD 98,872.80 |
| **Payments/Credits** | USD 0.00 |
| **Balance Due** | USD 98,872.80 |



**TH MAGNESIUM INC.**
56 Inverness Drive East, Suite 260
Englewood, Colorado 80112
Office: 303.552.5815
Fax: 888.594.1289
info@thmagnesium.com
thmagnesium.com

# Invoice

| Date | Invoice # |
|---|---|
| 8/12/2013 | 183-SR1289 |

| Bill To |
|---|
| Forzza Corporation |
| 2605 Crane Ave. |
| Ashtabula, OH 44004 |
| USA |

| Ship To |
|---|
| ALLPASS Corp. |
| 2605 Crane Ave |
| Ashtabula, OH 44004 |
| USA |
| Attn: |

| S.O. No. | P.O. No. | Terms | Project |
|---|---|---|---|
| SR1289 | 10132 | Net 30 | |

| Item | Description | Ordered | Prev. Inv... | Backor... | Invoiced | U/M | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| FAM-AZ31... | FABRICATED ANODE; MACHINED & CAPPED; AZ31 ALLOY; 0.840 in dia with Stainless Steel thimble staked and weld; 17.5-in long including cap. 2 labels each box with the Cust P/N 85500-09. | 1,000 | 0 | 0 | 1,000 | PC | 1.652 | 1,652.00 |
| FAM-AZ31... | FABRICATED ANODE; MACHINED & CAPPED; AZ31 ALLOY; 0.840 in dia with Stainless Steel thimble staked and weld; 32-in long including cap. 2 labels each box. Cust P/N 85500-04. | 1,000 | 0 | 0 | 1,000 | PC | 2.7995 | 2,799.50 |
| FAM-AZ31... | FABRICATED ANODE; MACHINED & CAPPED; AZ31 ALLOY; 0.840 in dia with Stainless Steel thimble staked and weld; 43.5-in long including cap. 2 labels each box. Cust P/N 85500-07. | 23,000 | 0 | 0 | 23,000 | PC | 3.7096 | 85,320.80 |
| FAM-AZ31... | FABRICATED ANODE; MACHINED & CAPPED; AZ31 ALLOY; 0.840 in dia with Stainless Steel thimble staked and weld; 35-in long including cap. 2 labels each box. Cust P/N 85500-05 | 3,000 | 0 | 0 | 3,000 | PC | 2.9502 | 8,850.60 |
| | SPECIAL PRODUCTION INSTRUCTIONS: Anodes MUST meet min. 53% efficency to ASTM G97. | | | | | | | 0.00 |

| | |
|---|---|
| **Total** | USD 98,622.90 |
| **Payments/Credits** | USD 0.00 |
| **Balance Due** | USD 98,622.90 |